1
2
3
4
5
6                        **UNITED STATES DISTRICT COURT**
7                            **DISTRICT OF NEVADA**
8                                    **\* \* \***
9   UNITED STATES OF AMERICA              )
                                          )
10                          Plaintiff,    )        2:09-CR-00421-JCM-LRL
11              vs.                       )
                                          )
12  CARLOS ALBERTO CEDANO-PEREZ,          )
                                          )
13                          Defendant.    )        **ORDER**
                                          )
14  _____

15          On April 21, 2010, Attorney Todd M. Leventhal was appointed as CJA counsel in place of

16  Attorney Chad Bowers. The Court was informed that a conflict exists and granted the Defendant's

17  Sealed Motion (doc. 41) on September 15, 2010.  Accordingly,

18          IT IS HEREBY ORDERED that Margaret M. Stanish, Esq. is appointed as counsel for Carlos

19  Alberto Cedano-Perez for all future proceeding.

20          DATED this 16th  day of September, 2010.

21

22                                                _____
23                                                UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28