

September 17, 2010

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>vs.<br><br>CARLOS ALBERTO CEDANO-PEREZ<br><br>         Defendant. | District No.   2:09-cr-0421-JCM-LRL |

**ORDER TEMPORARILY UNSEALING TRANSCRIPT**

On September 15, 2010 the court ordered that Transcript of the hearing held on March 15, 2010, be prepared for Margaret Stanish, counsel for Defendant and a copy also be given to the Court, in which **a portion of the hearing is sealed.**

**IT IS THE ORDER OF THE COURT** that the sealed portion of the recording shall be unsealed by the Clerk for the limited purpose of providing a transcript of hearing as requested by Defense Counsel.

**IT IS FURTHER ORDERED** that the sealed portion of the recording shall thereafter be resealed by the Clerk, until further order of this Court.

**IT IS FURTHER ORDERED** that Defense Counsel shall not disclose the sealed contents of the transcript to anyone other than her client and staff.

DATED this  17th  day of September, 2010.

_____
Lawrence R. Leavitt
United States Magistrate Judge