# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 2:09-cr-0421-JCM-LRL |
| v. | ) | |
| | ) | **MINUTE ORDER** |
| CARLOS CEDANO-PEREZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | Dated:   January 13, 2011 |

PRESENT:   THE HONORABLE LAWRENCE R. LEAVITT, United States Magistrate Judge

JUDICIAL ASSISTANT:   Carol DePino      RECORDER:            None

COUNSEL FOR THE UNITED STATES:              None Appearing

COUNSEL FOR THE DEFENDANT(S):              None Appearing

    Before the court is the defendant's proper person Motion to Reconsider Motion to Dismiss Counsel (#57, filed January 11, 2011).  The defendant asks the court to reconsider its order (#56, issued December 15, 2010) denying his (fourth) Motion to Dismiss Counsel (#54).  This court granted the first three requests to dismiss appointed counsel and appointed new counsel for the defendant.  In each instance the defendant did not see eye to eye with his appointed attorney on litigation strategy.  His current attorney is his fourth since his first appearance in this case on October 15, 2009.  As noted, on December 15, 2010, this court denied the defendant's request for yet another appointed attorney.  He now asks the court to reconsider the denial.  The defendant is represented by competent counsel, who is working on this case, considering the defendant's proposed litigation strategy, and communicating with her client.  The defendant has not justified the appointment of yet another attorney.

    IT IS THEREFORE ORDERED that the defendant's proper person Motion to Reconsider Motion to Dismiss Counsel (#57) is denied.

 

**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**