# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>CARLOS ALBERTO CEDANO-PEREZ,<br><br>            Defendant. | 2:09-CR-421 JCM (VCF) |

**ORDER**

Presently before the court is the government's motion to continue sentencing. (Doc. #100). Defendant has not filed an opposition.

The government requests a continuance of the sentencing in this matter so that it may have sufficient time to prepare a response to defendant's recently filed motion to withdraw his guilty plea (doc. #101).

Good cause being shown,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the government's motion to continue sentencing (doc. 100) be, and the same hereby is, GRANTED.

IT IS THEREFORE ORDERED that the sentencing hearing in this action, currently scheduled for Tuesday, March 20, 2012, at 10:00 a.m. be, and the same hereby is CONTINUED to Tuesday, May 1, 2012, at 10:00 a.m in Courtroom 6A.

**James C. Mahan**
**U.S. District Judge**

IT IS FURTHER ORDERED that witnesses Karen A. Connolly and Ricardo Almicar Ramirez Turcios are ordered, under the authority of the subpoenas previously issued by Magistrate Judge Ferenbach (doc. #95), to appear on May 1, 2012, at 10:00 a.m. in Courtroom 6A for the sentencing of defendant Cedano-Perez.

IT IS FURTHER ORDERED that the U.S. marshal shall serve both witnesses with a copy of the subpoenas (doc. #95) and a copy of this order.  Thereafter, the U.S. marshal shall complete the "Proof of Service" portion of the subpoenas, file the same with the court, and send a copy of each to defendant.

DATED March 15, 2012.

_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -